**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RAY TYLICKI,** :
:
      **Plaintiff,** :
:
  vs. :    **Case No. C2-08-CV-936**
:
**GORDAN GEE, et al.,** :
:
      **Defendants.** :

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University.  The case is to be transferred back to the unassigned docket, and redrawn for assignment.

    **IT IS SO ORDERED.**

                                                                  s/Algenon L. Marbley
                                                                  **ALGENON L. MARBLEY**
                                                                  **UNITED STATES DISTRICT JUDGE**

**DATE: October 8, 2008**